UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CR-00207-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TIMOTHY EUGENE BROWN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Return of Funds. (Doc. No. 34). The Government and Defendant agree that Defendant's inmate trust account contains an overpayment of $25.00. (See Doc. No. 35; Doc. No. 34-1).

The Government represents that "[t]he District Clerk of Court's Office is responsible for refunding any overpayments received as to any restitution debts in the Western District of North Carolina and will automatically issue the refund in the amount of $25.00 to Defendant without an order from the Court." (Doc. No. 35 at 1–2).

Relying on the Government's representation that Defendant will indeed be paid the $25.00 he is owed, the Court will deny this Motion. The Court will entertain a new order if for any reason Defendant is not paid what he is owed in a timely fashion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Return of Funds, (Doc. No. 34) is **DENIED**.

Signed: December 7, 2021

Max O. Cogburn Jr.
United States District Judge